IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM DALE SMITH,

        Plaintiff,                      No. CIV S-12-0754 GEB CKD PS

    vs.

UNITED STATES,

        Defendant.             ORDER

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. By order filed April 17, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was re-served with the April 17, 2012 order on May 22, 2012 at plaintiff's new address of record. Thirty days have passed since re-service of the order, and plaintiff has not filed an amended complaint.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).

Dated: June 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
smith-usa.0754.fta